| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Kiser, Jackson L | 2. Court or Organization<br>U. S. District Court (WDVA) | 3. Date of Report<br>3/28/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>Senior District Judge | 5. ReportType (check appropriate type)<br><br>◯ Nomination    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>P. O. Box 3326<br>Danville, VA 24543-3326 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)

☑ NONE . (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only, see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 APR 11 P 1:43 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions).

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kiser, Jackson L | 3/28/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Sun Trust | A | Dividend | K | T | | | | | |
| 2. 3M Company | A | Dividend | K | T | | | | | |
| 3. Consolidated Edison | B | Dividend | K | T | | | | | |
| 4. Lord Abbet Deb. Fund | B | Dividend | K | T | | | | | |
| 5. Petlin, Inc. | | None | J | W | | | | | |
| 6. Hooker Furniture Company | A | Dividend | L | T | | | | | |
| 7. First Carolina Investors | B | Dividend | K | T | | | | | |
| 8. Vaughan Furniture Corp. | A | Dividend | K | T | | | | | |
| 9. 1st Natl. Bk. of Rocky Mt. | D | Dividend | N | T | | | | | |
| 10. Patrick Henry National Bank | C | Dividend | L | T | | | | | |
| 11. Peoples Bank of Danville | F | Dividend | P1 | W | | | | | |
| 12. Community National Bank | D | Dividend | O | W | | | | | |
| 13. Chatmoss Country Club | | None | J | W | | | | | |
| 14. Wachovia Corp. | A | Dividend | K | T | | | | | |
| 15. Washington Metro Area bonds | | | | | Redeemed | 1/02 | K | A | Issuer |
| 16. Patriot Bank | E | Dividend | O | W | | | | | |
| 17. Central National Bank | | None | N | W | | | | | |
| 18. Shenandoah National Bank | | None | L | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,901-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kiser, Jackson L | 3/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Mountain National Bank | D | Dividend | M | W | | | | | |
| 20. Cash MMA & Savings | D | Interest | N | T | | | | | |
| 21. Life Insurance (NML) | C | Interest | M | T | | | | | |
| 22. Va.St.Auth.Wtr.Sys.Dinwiddie Co. | C | Interest | K | T | | | | | |
| 23. 1st National Exchange Bank | | None | M | W | | | | | |
| 24. American Electric Power | B | Dividend | K | T | | | | | |
| 25. Dinwiddie Co. (VA) Bonds | B | Interest | K | T | | | | | |
| 26. Portsmouth VA GO Bond | B | Interest | L | T | | | | | |
| 27. Progressive Corp. | B | Interest | K | T | | | | | |
| 28. Riverside Va. Regional Jail | B | Interest | K | T | | | | | |
| 29. Piedmont Natural Gas, Inc. | C | Dividend | L | T | | | | | |
| 30. Scottish Power | A | Dividend | K | T | | | | | |
| 31. Keyspan Corp. | C | Dividend | L | | Buy | 4/30 | L | | Market |
| 32. IRA Del. Charter G&T Trustee | | | | | | | | | |
| 33. Ford Motor Credit Note | C | Interest | K | T | Buy | 1/09 | K | | Market |
| 34. Blue Ridge Bank | D | Dividend | M | W | | | | | |
| 35. Patrick Henry National Bank | C | Dividend | L | T | | | | | |
| 36. Community Natl.Bank | C | Dividend | K | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$600,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kiser, Jackson L | 3/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. GNMA Certificate | A | Interest | J | T | | | | | |
| 38. Mountain National Bank | C | Dividend | L | W | | | | | |
| 39. Shenandoah National Bank | | None | K | W | | | | | |
| 40. Bank Building Corp. | | None | J | W | | | | | |
| 41. GM Accept. Corp. (notes) | D | Interest | L | T | | | | | |
| 42. Gen. Motors Bonds | D | Interest | L | T | | | | | |
| 43. Sears Roebuck Accept. Corp. | B | Interest | K | T | Redeemed | 4/15 | | | Issuer |
| 44. Ford Holdings, Inc. | C | Interest | K | T | | | | | |
| 45. MMF & CD's (Scott & Stringfellow; Patrick Henry Natl. Bk) | B | Interest | N | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date **3-28-05**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544